**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6585**

HASTON RICHARD MONROE, JR.,

Plaintiff - Appellant,

versus

SUSAN FLETCHER; FLOYD G. AYLOR; G. WAYNE PIKE;
UNITED STATES OF AMERICA,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, Senior District
Judge. (7:05-cv-00288-jct)

Submitted: September 11, 2007      Decided: September 14, 2007

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Haston Richard Monroe, Jr., Appellant Pro Se. Helen Eckert
Phillips, Grundy, Virginia; Thomas Linn Eckert, Assistant United
States Attorney, Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Haston Richard Monroe, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Monroe v. Fletcher, No. 7:05-cv-00288-jct (W.D. Va. Mar. 16, 2007). We deny both Appellees' motion to dismiss for failure to prosecute, and Appellees' motion for extension of time to file a reply brief as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED